D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

FILED & ENTERED

MAY 16 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP LLC, a Delaware limited liability company; NEIMAN MARCUS GROUP LTD LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No.  8:25-ap-01203- SC<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>Original Status Conference<br>Date:   June 5, 2025<br>Time:  1:30 p.m.<br><br>Continued status conference<br>Date:   February 19, 2026<br>Time:  10:00 a.m.<br>Place:  Courtroom 5C – In-person<br>       411 W. Fourth Street<br>       Santa Ana, CA 92701 |

As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status conference in the above-entitled matter is continued to February 19, 2026, at 10:00 a.m. The status conference set forth in the summons is vacated.

/ / /

1

1  The last day to file a joint status report is February 5, 2026.

2  **IT IS SO ORDERED.**

3  ###

23  Date: May 16, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2